# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

TOM WOLF, GOVERNOR OF THE     :   No. 73 MM 2022
COMMONWEALTH OF PENNSYLVANIA,   :
AND LEIGH M. CHAPMAN, ACTING    :
SECRETARY OF THE COMMONWEALTH   :
OF PENNSYLVANIA,                    :
                                 :
          Petitioners          :
                                 :
                                 :
          v.                      :
                                 :
                                 :
GENERAL ASSEMBLY OF THE        :
COMMONWEALTH OF PENNSYLVANIA,   :
                                 :
          Respondent         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 12th day of September, 2022, the Application for Leave to File Reply to Respondent's Answer is GRANTED.

      The Application of CHILD USA to File *Amicus* Brief, the Motion for Leave to File Brief of *Amicus Curiae* Professor Marci A. Hamilton, the Motion for Leave to File Brief of *Amicus Curiae* Pennsylvania Family Institute, the Motion for Leave to File Brief of *Amicus Curiae* Pro-Life Union of Greater Philadelphia, and the Application for Leave to File Brief of *Amici Curiae* Pennsylvania AFL-CIO, American Federation of State, County and Municipal Employees, Council 13, SEIU Pennsylvania Joint Council, and UFCW Local 1776 Keystone State are GRANTED.

The "Application for Invocation of King's Bench Power to Declare Senate Bill 106 of 2021 Invalid and Enjoin Further Action on Constitutional Amendments" is DENIED, WITHOUT PREJUDICE to seek similar relief in the Commonwealth Court's original jurisdiction.

The Application for Leave to Intervene by the League of Women Voters of Pennsylvania, Sajda Adam, and Simone Roberts is DISMISSED.